**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN WILLIAM JONES, JR.,<br><br>    Defendant. | Case No. 2:22-CR-00015-APG-NJK<br><br>**ORDER GRANTING**<br>**STIPULATION TO CONTINUE**<br>**SUPPRESSION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for John William Jones, Jr., that the Suppression Hearing currently scheduled on August 16, 2022 at 10:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than twenty-one (21) days.

This Stipulation is entered into for the following reasons:

1. AUSA Cowhig has tested positive for COVID-19 and needs additional time to prepare for the suppression hearing.

2. Mr. Jones is in custody and does not oppose the continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. The parties agree with the need for the continuance.

This is the first request for continuance filed herein.

DATED this 9th day of August, 2022.

| RENE L. VALLADARES | JASON M. FRIERSON |
| Federal Public Defender | United States Attorney |

*/s/ Jacquelyn N. Witt*        */s/ Daniel J. Cowhig*
By_____   By_____
JACQUELYN N. WITT         DANIEL J. COWHIG
Assistant Federal Public Defender    Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>JOHN WILLIAM JONES, JR.,<br><br>       Defendant. | Case No. 2:22-CR-00015-APG-NJK<br><br>**ORDER** |

      Based on the Stipulation of counsel and good cause appearing,

      IT IS THEREFORE ORDERED that the Suppression Hearing currently scheduled on Tuesday, August 16, 2022 at the hour of 10:00 a.m., be vacated and continued to **September 6, 2022, at 10:00 a.m., in Courtroom 6B.**

      DATED this 11th day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE