# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>JOHN WILLIAM JONES, JR.,<br><br>            Defendant. | Case No.: 2:22-cr-00015-APG-NJK<br><br>**Order**<br><br>(Docket No. 20) |

On June 30, 2022, the United States filed a motion to dismiss the indictment in the instant case without prejudice.  Docket No. 29.

As a result of the United States' pending motion, Defendant's motion to suppress, Docket No. 20, is hereby **DENIED** without prejudice.  The evidentiary hearing on the motion to suppress, currently set for September 6, 2022, is hereby **VACATED**.

IT IS SO ORDERED.

DATED: August 26, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE