# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN WILLIAM JONES, JR.,<br>　　a.k.a. "John C,"<br><br>　　　　　Defendant. | Case No. 2:22-cr-15-APG-NJK<br><br>ORDER of Dismissal of the Indictment Without Prejudice |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charges brought against defendant John William Jones, Jr., contained in the Indictment at ECF No. 1 in case number 2:22-cr-15-APG-NJK.

　　　　　　　　　　　　　　　　　　　JASON M. FRIERSON
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　*/s/ Daniel J. Cowhig*
　　　　　　　　　　　　　　　　　　　DANIEL J. COWHIG
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of the charges brought against defendant John William Jones, Jr., contained in the Indictment at ECF No. 1 in case number 2:22-cr-15-APG-NJK.

DATED this 7th day of September, 2022.

　　　　　　　　　　　　　　　　　　　HONORABLE ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1